UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Julio Cesar OCHOA-Lopez,<br><br>Defendant | Magistrate Docket No. '07 MJ 2637<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **November 9, 2007** within the Southern District of California, defendant, **Julio Cesar OCHOA-Lopez,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **13th** DAY OF **NOVEMBER, 2007**

Nita L. Stormes
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Julio Cesar OCHOA-Lopez

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On November 09, 2007, Border Patrol Agent J. Bedolla was assigned normal border patrol duties in an area known as "West Otay Mountain". This area is approximately five miles east of the Otay Mesa Port of Entry and two miles north of the United States/Mexico International Boundary. At approximately 3:30 a.m., Agent Bedolla heard a seismic sensor activation via service radio and immediately responded to the location. Upon arriving, he noticed eight individuals, one later identified as the defendant **Julio Cesar OCHOA-Lopez** attempting to conceal themselves behind some high brush. Agent Bedolla approached these individuals, identified himself as a U.S. Border Patrol Agent and questioned them as to their citizenship and nationality. All eight individuals including the defendant admitted to being citizens and nationals of Mexico illegally present in the United States. At approximately 3:50 a.m., all eight were arrested and were transported to the Chula Vista Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **August 1, 2007** through **Calexico, California**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

**Executed on November 10, 2007 at 9:00 A.M.**

Raul Castorena
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **November 9, 2007** in violation of Title 8, United States Code, Section 1326.

Nita L. Stormes
United States Magistrate Judge

11-10-07 @ 10:45am
Date/Time