**AMBER A. BAYLOR**
California State Bar No. 248196
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Email: Amber_Baylor@fd.org

Attorneys for Mr. Ochoa-Lopez

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                                              )<br>               Plaintiff,                           )<br>                                                              )<br>v.                                                         )<br>                                                              )<br>JULIO CESAR OCHOA-LOPEZ,         )<br>                                                              )<br>               Defendant.                        )<br>_____ ) | Case No. 07MJ2637<br><br><br><br>**NOTICE OF APPEARANCE** |

      Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Amber A. Baylor, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                                                      Respectfully submitted,

Dated: November 16, 2007                   s/ *Amber Baylor*
                                                      **AMBER BAYLOR**
                                                      Federal Defenders of San Diego, Inc.
                                                       Attorneys for Mr. Ochoa-Lopez
                                                     Amber_Baylor@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  November 16, 2007  /s/ *Amber Baylor*
**AMBER BAYLOR**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
E-mail: Amber_Baylor@fd.org